**No. 61879.**—John Heathcoat & Co., Inc. *v.* United States, protest 296155–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiff was sustained.

**No. 61880.**—Dynamo Tulle Importing Co., Inc., and H. W. Robinson Air Freight Corp. *v.* United States, protests 311303–K, 314839–K, and 314840–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk veils or veilings similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C. D. 1837), the claim of the plaintiffs was sustained.

**No. 61881.**—Bianchini, Ferier, Inc. *v.* United States, protests 295831–K and 296998–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise described on the invoice as "Gankor 90," item No. 23429, is not in chief value of rayon or other synthetic textile, but is a woven fabric in chief value of metal threads, the claim of the plaintiff was sustained.